**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ANTONIA CASTILLO PALACIOS, ) | Case No. CV 08-5290-MLG |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.


DATED: July 1, 2009

_____
MARC L. GOLDMAN
United States Magistrate Judge